ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    alexandra.shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 22-CR-00035 BLF |
| Plaintiff, | ORDER APPROVING NOTICE OF DISMISSAL |
| v. | |
| SANDRA ESTHELA MORALES TIJERINA, | |
| Defendant. | |

On April 18, 2023, U.S. Pretrial Services Officer Anthony Granados confirmed to this Court that Ms. Morales Tijerina successfully completed a term of pretrial diversion pursuant to the terms of the plea agreement and diversion agreement between the parties. On that date, with leave of the Court, Ms. Morales withdrew her guilty plea.

Therefore, with leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against Ms. Morales.

///

///

NOTICE OF DISMISSAL
No. 22-CR 035 BLF      v. 8/4/2021

| | |
|---|---|
| 1  DATED: April 21, 2023 | Respectfully submitted, |
| 2 | ISMAIL J. RAMSEY<br>United States Attorney |
| | *Thomas A. Colthurst* |
| | THOMAS A. COLTHURST<br>Chief, Criminal Division |

Leave is granted to the government to dismiss the Information against defendant Sandra Morales Tijerina.

Date: April 24, 2023

HON. BETH LABSON FREEMAN
United States District Judge